■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY STEVENS HUBBARD, Appellant. [775 NYS2d 660]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered October 4, 2001. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree and arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Wisner, Scudder and Gorski, JJ.